# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 29, 2013

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

145628

7800 W. OUTER ROAD HOLDINGS, L.L.C.,
    Plaintiff-Appellee,

v

    SC: 145628
    COA: 303182
    Wayne CC: 10-011863-CH

COLLEGE PARK PARTNERS, L.L.C.,
    Defendant-Appellant.

_____/

      On order of the Court, the application for leave to appeal the June 26, 2012 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 29, 2013

_____
Clerk

s0422